1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Juan Coto
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JUAN COTO,                          )  Case No.: CV 07-3559 PLA
                                        )
12            Plaintiff,                )  ORDER AWARDING EQUAL
                                        )  ACCESS TO JUSTICE ACT
13      vs.                             )  ATTORNEY FEES PURSUANT TO
                                        )  28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
              Defendant.                )
16  _____     )

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20  the amount of forty-six hundred dollars and zero cents ($4,600.00), as authorized

21  by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22
    DATE:   2/18/09         /s/ - Paul L. Abrams_____
23                          THE HONORABLE PAUL L. ABRAMS
                            UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-